NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL AQUINO LONGORIA,                    )
                                           )
                Appellant,                 )
                                           )
v.                                         )      Case No. 2D17-4883
                                           )
STATE OF FLORIDA,                          )
                                           )
                Appellee.                  )
                                           )
_____    )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Lee
County; J. Frank Porter, Judge.

Howard L. Dimmig, II, Public Defender, and
Karla D. Ellis, Special Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KELLY, SALARIO, and ATKINSON, JJ., Concur.